**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**APR 21 1998**

**PATRICK FISHER**
**Clerk**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

BETESTIA ROBINSON,

      Plaintiff-Appellant,

v.

JUDY CAIN, The Oklahoma State
Employment Commission; KATHY
HARRIS, the Department of Human
Resource; KARLA TURLEY, Travelers
Express Company,

      Defendants-Appellees.

No. 98-7000
(D.C. No. 97-CV-472-BU)
(Eastern District of Oklahoma)

**ORDER AND JUDGMENT**[*]

Before **PORFILIO**, **KELLY**, and **HENRY**, Circuit Judges.

After examining the briefs and appellate record, this panel has determined

unanimously that oral argument would not materially assist the determination of this

appeal. See Fed. R. App. P. 34(a); 10th Cir. R. 34.1.9. The case is therefore ordered

submitted without oral argument.

---

[*] This order and judgment is not binding precedent, except under the doctrines of
law of the case, res judicata, and collateral estoppel. This court generally disfavors the
citation of orders and judgments; nevertheless, an order and judgment may be cited under
the terms and conditions of 10th Cir. R. 36.3.

Betestia Robinson appeals the dismissal on statute of limitations and procedural grounds of her purported civil rights complaint. Our examination of the briefs and the record indicates the district court did not err. The judgment is **AFFIRMED** for the reasons stated by the district court in its order of dismissal dated December 3, 1997.

ENTERED FOR THE COURT

John C. Porfilio
Circuit Judge